FILED - SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT

NOV - 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No. CR 07- |
|---|---|
| Plaintiff, | NOTICE TO COURT OF RELATED CRIMINAL CASE |
| v. | (PURSUANT TO GENERAL ORDER 224) |
| LEO J. NAJERA, | **SA CR 07 - 00242** |
| Defendants. | |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Anton Nesheiwat</u>, Case No. <u>SA CR 06-256-CJC</u>, which:

__X__   was previously assigned to the Honorable <u>CORMAC J. CARNEY</u>;

_____   have not been previously assigned.

The above-entitled cases may be related for the following reasons:

____   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

<u>Additional explanation (if any)</u>:

DATED:  November 2, 2007

/s/ Jennifer Waier
JENNIFER WAIER
Assistant United States Attorney

(NOTICE FRM - 6/98)